UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff

    v.

Case No.   11-cr-64-01/02/03-SM

Adrian Tiberiu Oprea, Cezar Iulian Butu
and Iulian Dolan,
    Defendants

O R D E R

Defendant Adrian Tiberiu Opera has filed a partially assented-to Motion to Continue the final pretrial conference and trial for 60 days, which motion is granted (document no. 39).    Trial has been rescheduled for the September 2012 trial period. Defendant Tiberiu shall file a waiver of speedy trial rights not later than July 23, 2012.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for September 7, 2012 at 11:30 a.m.

Jury selection will take place on September 18, 2012 at 9:30 a.m.

SO ORDERED.

                                                  Steven J. McAuliffe
                                                  U.S. District Judge

July 16, 2012

cc:    David Ruoff, Esq.
        Michael C. Shklar, Esq.
        Jonathan Pendleton, Esq.
        Arnold H. Huftalen, AUSA
        U.S. Marshal
        U.S. Probation