UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Plaintiff

       v.

Case No.   11-cr-64-01-SM

<u>Adrian Tiberiu Oprea,</u>,
    Defendants

<u>O R D E R</u>

Defendant Adrian Tiberiu Opera has filed an assented-to Motion to Continue the final pretrial conference and trial for 45 days, which motion is granted (document no. 46).    Trial has been rescheduled for the November 2012 trial period. Defendant Oprea shall file a waiver of speedy trial rights not later than September 24, 2012.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for November 7, 2012 at 1:30 p.m.

Jury selection will take place on November 20, 2012 at 9:30 a.m.


SO ORDERED.

                                            Steven J. McAuliffe
                                            U.S. District Judge

September 19, 2012

cc:    David Ruoff, Esq.
        Michael C. Shklar, Esq.
        Jonathan Pendleton, Esq.
        Arnold H. Huftalen, AUSA
        U.S. Marshal
        U.S. Probation