UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff

    v.

Case No.   11-cr-64-01-SM

Adrian Tiberiu Oprea,
    Defendant

O R D E R

Defendant Adrian Tiberiu Opera has filed an assented-to Motion to Continue the final pretrial conference and trial for 90 days, which motion is granted (document no. 57).   Trial has been rescheduled for the February 2013 trial period. Defendant Oprea shall file a waiver of speedy trial rights not later than November 13, 2012.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for February 11, 2013 at 4:00 p.m.

Jury selection will take place on February 20, 2013 at 9:30 a.m.

SO ORDERED.

Dated:   November 5, 2012         /s/ Paul J. Barbadoro
                                 _____
                                 Paul J. Barbadoro
                                 U.S. District Judge

cc:   Charles Keefe, Esq.
      Michael C. Shklar, Esq.
      Jonathan Pendleton, Esq.
      Arnold H. Huftalen, AUSA
      U.S. Marshal
      U.S. Probation