# United States Court of Appeals
## For the First Circuit

---

No. 13-2149

UNITED STATES

Appellee

v.

ADRIAN-TIBERIU OPREA

Defendant - Appellant

---

**JUDGMENT**

Entered: February 19, 2014
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of defendant-appellant's assented-to motion for dismissal, it is hereby ordered that this case be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

    Mandate to issue forthwith.

By the Court

/s/ Margaret Carter, Clerk

cc:
Seth Aframe
Arnold Huftalen
Mona Sedky
Michael Bourbeau
Adrian-Tiberiu Oprea